IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02042-ZLW

BOARD OF TRUSTEES, COLORADO SHEET METAL WORKERS' LOCAL 9 FAMILY HEALTH PLAN,

    Plaintiff,

v.

J & C STAINLESS FABRICATING COMPANY, INC. d/b/a STAINLESS FABRICATING COMPANY d/b/a STAFAB a/k/a STAINLESS FABRICATING CO.,

    Defendants.

_____

ORDER DEEMING CASE CLOSED
_____

    The matter before the Court is Plaintiff's Motion To Withdraw And Dismiss Duplicate Complaint filed November 20, 2006.  Plaintiff advises that this case is a duplicate complaint to that filed in Civil Action No. 06-cv-01919-WDM, and was filed in error.  In consideration thereof, it is

    ORDERED that Plaintiff's Motion To Withdraw . . . Duplicate Complaint is granted.  It is

    FURTHER ORDERED that Civil Action No. 06-cv-02042-ZLW is withdrawn, and this civil action is deemed closed on the docket of this Court.  It is

FURTHER ORDERED that Plaintiff's Motion To . . . Dismiss Duplicate Complaint is moot.

DATED at Denver, Colorado, this __20__ day of November, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court